UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER G./G. RUTH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ESTATE OF WILLIAM HYDE WOLLASTON, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:12-cv-01190-AWI-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF FILING FEE<br><br>(Doc. 1) |

　　By a motion filed July 19, 2012, Plaintiff Eber G./G. Ruth, a *pro se* litigant, moved to proceed *in forma pauperis*. This Court finds that Plaintiff is not entitled to proceed *in forma pauperis*.

　　A prisoner may not proceed *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff became subject to § 1915(g) on May 8, 2003, when his third action was dismissed for failure to state a claim upon which relief may be granted.[1] Because Plaintiff is subject to 28 U.S.C. § 1915(g) and is not in imminent danger, he is not entitled to proceed *in forma pauperis*.

---

[1] The Court takes judicial notice of the following cases: *Ruth v. Dubsky*, 1:00-cv-06011-OWW-LJO (dismissed May 21, 2001 for failure to state a claim); *Ruth v. Dysart*, 2:99-cv-02462-FCD-PAN (dismissed July 2, 2001 for failure to state a claim); and *Ruth v. Terhune*, 1:00-cv-07065-AWI-LJO (dismissed May 8, 2003 for failure to state a claim).

1

Accordingly, the Court hereby ORDERS:

1. Plaintiff's motion to proceed *in forma pauperis* is denied;

2. Plaintiff shall pay the $350.00 filing fee, in full, on or before August 30, 2012; and

3. If the filing fee has not been paid in full on or before August 30, 2012, the Court will dismiss Plaintiff's case, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   July 24, 2012**                             /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE